UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN ARCHITECTURAL WOODWORK LLC<br><br>                    Plaintiff,<br><br>     -against-<br><br>NEW YORK BUILDING CONTRACTORS ASSOCIATION, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK DISTRICT COUNCIL OF CARPENTERS, and DOE ORGANIZATIONS 1-XX.<br><br>                    Defendants. | Civil Action No.: 09-3836 (KSH)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Metropolitan Architectural Woodwork, LLC by its attorneys, hereby dismisses all claims against Defendant New York Building Contractors Association ("BCA") without prejudice.  The BCA has not filed or served an answer or other responsive pleading or motion.

Dated: New York, New York
       April 5, 2010

                              By:           /s/
                                   Anthony Colasanti, Esq.

                              4 York Avenue, 2nd Floor
                              West Caldwell, New Jersey 07006
                              (973) 229-8555 (telephone)
                              atc@atcolasantilegal.com (e-mail)

                                 -and-

                              Paolo Morante, Esq., *pro hac vice*

                              **DLA Piper LLP (US)**
                              1251 Avenue of the Americas, 27th Floor
                              New York, New York 10020-1104
                              (212) 335-4500 (telephone)
                              (212) 335-4501 (facsimile)
                              paolo.morante@dlapiper.com (e-mail)

                              *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| METROPOLITAN ARCHITECTURAL WOODWORK LLC<br><br>                    Plaintiff,<br><br>           -against-<br><br>NEW YORK BUILDING CONTRACTORS ASSOCIATION, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK DISTRICT COUNCIL OF CARPENTERS, and DOE ORGANIZATIONS 1-XX.<br><br>                    Defendants. | Civil Action No.: 09-3836 (KSH)<br><br>**CERTIFICATE OF SERVICE** |

    I, Anthony Colasanti, hereby certify that on this 5th day of April, 2010 I caused to be served the annexed NOTICE OF DISMISSAL on all Defendants by electronic delivery via ECF.

                                                      /s/
                                      Anthony Colasanti, Esq.